**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-61289-CIV-ALTMAN/Hunt**

**YESICA PERAZA**,

      Plaintiff,

v.

**SECOND ROUND SUB, LLC, et al.**,

      Defendants.

_____/

**ORDER SCHEDULING MEDIATION**

**THIS MATTER** comes before the Court pursuant to Local Rule 16.2. The Mediation in this matter shall be held before Steven R. Jaffe, Esq., at 19 West Flagler Street, Suite 420, Miami, Florida, on **November 7, 2019, at 10:00 a.m.**

Within **three** days of the mediation, the parties shall file a joint mediation report with the Court. The report shall indicate whether the case settled (in full or in part), whether it was adjourned, or whether the mediator declared an impasse.

Failure to comply with this Order may result in sanctions, including dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 19th day of August 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record